UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22759-CIV-HIGHSMITH
MAGISTRATE JUDGE P. A. WHITE

MARTIN E. HABER,                :

    Petitioner,             :

v.                              :
                                                             REPORT OF
WARDEN JOHN T. RATHMAN,          :    MAGISTRATE JUDGE

    Respondent.             :
_____

    The plaintiff Martin E. Haber, currently housed at FCI-Fort Dix, moves this Court for a writ of mandamus directing the Warden of the Miami Federal Detention Center to provide all inmates with physical access to the law library and to trained law clerks, and to extend the library's hours of operation. [DE# 1].

    The plaintiff was housed at the Miami Federal Detention Center at the time he filed this petition, and he has subsequently been transferred to FCI-Fort Dix. [DE# 6]. This transfer renders the instant petition for a writ of mandamus moot. See McKinnon v. Talladega County, Ala., 745 F.2d 1360, 1363 (11 Cir. 1984) (prisoner's transfer to a different jail moots his claim for declaratory and injunctive relief even when prisoner argues that "there is no assurance that he will not be returned to the [first] jail"); McAlpine v. Thompson, 187 F.3d 1213 (10 Cir. 1999)(prisoner's claim for mandamus relief moot once he was placed on supervised release); Marrie v. Nickels, 70 F.Supp.2d 1252, 1259 (D.Kan. 1999)(military prisoners' claim for mandamus relief moot when they were transferred to another federal facility).

Accordingly, it is recommended that the petition for a writ of mandamus [DE# 1] be denied as moot, the motion for summary judgment [DE# 3] be denied as moot, and this case dismissed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 7th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Martin E. Haber, Pro Se
      No. 07155-112
      FCI-Fort Dix
      P. O. Box 2000
      Fort Dix, NJ 08640