UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22759-CIV-HIGHSMITH

MARTIN E. HABER,

    Petitioner,

v.

WARDEN JOHN T. RATHMAN,

    Respondent.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court for review of United States Magistrate Judge Patrick A. White's Report and Recommendation (the "R&R") [DE 10] concerning Petitioner's petition for writ of mandamus. After a careful de novo review of the R&R and pertinent authorities, the Court concurs with Magistrate Judge White's findings and analysis and hereby ADOPTS the R&R in its entirety. Accordingly, it is ORDERED AND ADJUDGED that, this Petition for writ of mandamus [DE 1] and the motion for summary judgment are DENIED AS MOOT. This case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 26TH day of June 2008.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:  Martin E. Haber, Pro Se
     Magistrate Judge White